Mississippi plantation, subject to his mother's life estate; that he ought to share in the income during both trust periods, but we have no right to make a will for the testator. We must read the one before us as we find it, and, thus reading it, the conclusion is reached that the will does not provide that Dunbar Marshall shall share in the income of the estate during the trust period, to be measured by the duration of the life of the youngest child surviving testator's wife.

The order should be reversed.

---

HATTIE E. BUCKI, Respondent, *v.* CHARLES L. BUCKI, Appellant.

*Bucki* v. *Bucki,* 85 Hun, 619, affirmed.
(Argued January 28, 1898; decided March 8, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered April 5, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Delos McCurdy* for appellant.

*Austen G. Fox* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN and VANN, JJ., dissenting, and PARKER, Ch. J., not sitting.

---

HARRIET A. GRINNELL, Respondent, *v.* WILLIAM G. TAYLOR, Appellant.

*Grinnell* v. *Taylor,* 85 Hun, 85, affirmed.
(Argued January 28, 1898; decided March 8, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered March 9, 1895, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frederick W. Thomson* for appellant.

*Arthur L. Chapman* for respondent.